IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 08-00195-03-CR-W-HFS |
| LUIS PEREZ-CISNEROS, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and after a de novo review of the record, the Court finds that defendant Luis Perez-Cisneros is competent to understand the nature and consequence of the proceedings against him and to properly assist in his defense.

IT IS SO ORDERED.

/s/ Howard F. Sachs
**HOWARD F. SACHS**
**United States District Judge**

Dated: October 30, 2009